ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 14 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| GAYLE MARCHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| ) | 1:01-CV-3424-JOF |
| v. ) | |
| ) | |
| ACUITY LIGHTING GROUP, INC. ) | Rule 41(a)(1)(ii), F.R.C.P. |
| ) | |
| Defendant. ) | Luther D. Thomas, Clerk |
| ) | By: _____ |
| ) | Deputy Clerk |

STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby dismissed with prejudice. Each party shall bear its own costs.

This 13th day of January, 2003.

_____          _____
Josie A. Alexander                                       Forrest W. Hunter
Georgia Bar No. 008886                              Georgia Bar No. 377850
                                                                    Leslie De Lara Luck
                                                                    Georgia Bar No. 216899

1020 Edgewood Avenue, N.E.            One Atlantic Center
Atlanta, Georgia 30307                         1201 West Peachtree Street
(404) 614-0001                                        Atlanta, Georgia 30309
(404) 614-0009 (facsimile)                    (404) 881-7000
                                                                    (404) 881-7777 (facsimile)

Counsel for Plaintiff                              Counsel for Defendant

ATL01/11351275v1